*AO 91 (Rev. 02/09) Criminal Complaint*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 9 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2: 15M2016-001 |
| | ) | |
| Darnell James Winston | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

On and between the 27th day of August, 2015 and the 28th day of August, 2015, in the County of Crawford, in the Western District of Arkansas, the Defendant, **Darnell James Winston**, did knowingly persuade, induce, entice, or coerce an individual who had not attained the age of eighteen (18) years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense, or attempts to do so, by using the mail or any facility or means of interstate or foreign commerce in violation of 18 U.S.C. § 2422(b).

This criminal complaint is based on these facts:

√ Continued on the attached sheet.

_____
*Complainant's Signature*

Robert F. Allen, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   August 29, 2015

_____
*Judge's signature*

City and State: Fort Smith, Arkansas

Mark E. Ford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Robert F. Allen, of the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and say:

1.      I am a Special Agent with the FBI currently assigned to the Fort Smith Resident Agency of the Little Rock Division.  I have been employed as a Special Agent with the FBI for over seven years.  During my employment with the FBI, I have received training concerning and have been involved in the investigation of federal criminal offenses enumerated in Title 18 of the United States Code.  Prior to the FBI, I was employed as a Certified Police Officer within the state of Arkansas for ten years. During my employment as a Police Officer, I have received training concerning and have been involved in the investigation of criminal offenses.

2.      This Affidavit is made in support of a complaint for DARNELL JAMES WINSTON, for suspected violations of Title 18, U.S.C. Section 2422(b), Attempted Coercion and Enticement.  Title 18, United States Code, Section 2422(b) is committed when a person "knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution...or attempts to do so" "using the mail or any facility or means of interstate or foreign commerce."   Your affiant believes that the facts in this investigation establish probable cause that on or between August 27, 2015 and August 28, 2015, DARNELL JAMES WINSTON, while in the Western District of Arkansas, attempted to persuade, induce, entice or coerce an undercover officer that he believed to be 16 years old to engage in prostitution using Facebook, an internet website and facility of interstate commerce, and traveled to Alma, Arkansas, which is in the Western District of Arkansas, to pick up what he believed to be a 16 year old female for the purpose of having the female engage in prostitution. This affidavit does not recite each and every fact known to your affiant in this investigation, but

includes the facts your affiant believes establish probable cause that violations of Title 18, United States Code, Section 2422(b) have been committed in the Western District of Arkansas and elsewhere.

3.     On August 26, 2015, the Fort Smith Police Department and the FBI received information from an individual that a 17-year-old female known and identified by the individual (hereinafter "Jane Doe") was being worked as a prostitute in the Fayetteville, Arkansas, area by two black males that they described as dangerous and who were known to carry firearms.

4.     On August 27, 2015, the individual identified the Facebook user profile of Jane Doe. The last name displayed for the profile was "Winston." Based on my training and experience it is common for prostitutes to adopt the last name of their traffickers on their profiles on social media sites. The individual also identified the profile picture for this user as Jane Doe. The individual also identified photographs on the Facebook account for Jane Doe that were of the two black males that were acting as Jane Doe's traffickers. Law enforcement was able to identify one of the black male's Facebook profiles as "Dee Escobar." During the investigation, law enforcement obtained a known photograph for DARNELL JAMES WINSTON and identified WINSTON as the same person depicted in the "Dee Escobar" Facebook profile.

5.     Detective Chris George with the Fort Smith Police Department sent a friend request to "Dee Escobar" using an undercover Facebook profile that purported to be of an 18-year-old female. "Dee Escobar" accepted the friend request from the undercover profile (hereinafter "UC Profile") and they began communicating using Facebook Messenger, an internet-based messaging application. "Dee Escobar" asked the UC Profile about liking girls. "Dee Escobar" stated, "cause me and this girl got this little money thing going on but u might not b with it." When asked by the UC Profile what he had going on, "Dee Escobar" replied, "I'ma

just b straight up with you. She's a escort but makes good money." "Dee Escobar" stated that the UC Profile could make "Like 400 a call." Based on my training and experience a "call" is a term used to describe acts of prostitution.

6.      The UC Profile asked "Dee Escobar" "and would I be going to calls on my own or is this like a threesome deal?" In response, "Dee Escobar" stated, "Yeah you can. It's a 3some deal we in it all together." "Dee Escobar" explained how calls worked and how much money the UC Profile could make. The communications between the UC Profile and "Dee Escobar" continued and "Dee Escobar" sent a picture of a black female, that he explained was the girl that worked for him. The picture sent matched the girl pictured on the Facebook account for Jane Doe. The UC Profile advised "Dee Escobar" that she was not 18 as the UC Facebook profile showed, but was actually only 16 years old. "Dee Escobar" replied "Its cool. She's 17," referring to Jane Doe. The communications continued, and "Dee Escobar" talked about backpage.com, what it was, and how it worked. Based on your affiant's training and experience I know backpage.com is an internet site commonly used by traffickers and prostitutes to solicit and engage in prostitution. "Dee Escobar" provided the name "Nina Cash" as a name used for the 17 year old he purported to advertise on backpage.com.

7.      Detective George located a backpage.com ad for "Nina Cash." Pictures on the ad did not show the face of the female pictured. Det. George later showed the ad to the individual who had identified Jane Doe, and they advised that it was Jane Doe in the pictures on the backpage.com ad. He also showed the individual the picture that "Dee Escobar" sent of the 17 year old to the UC Profile and the individual also identified the female in this photo as Jane Doe.

8.      "Dee Escobar" stated that "Yeah out calls ain't cool. And it's all about how you scan your calls." "Dee Escobar" elaborated stating, "And always ask.. (Are you involved in any

type of law enforcement..) always!!?"  Based on my training and experience, an "out call" refers to an act of prostitution where the prostitute travels to the customer's location as opposed to the customer traveling to the prostitute's location (an "in call").

9.    The UC Profile advised that she could only get a ride as far as Alma, Arkansas, and that the person driving her "wanted a two girl special kind of thing if you could pick me up from there."  The UC Profile asked "Dee Escobar" "how much" it would be, to which he replied "For both of yall . 250."  The UC Profile stated that the person giving her a ride "...wants to know if he gets oral and a fuck for that and I told him he pays for the room."  In response "Dee Escobar" stated "Yes It should b 400 but that's a deal for getting you down here."  "Dee Escobar" also told the UC Profile to call him "Dj."  "Dee Escobar" then made arrangements to be in Alma, Arkansas, at "6" and told the UC Profile that they will need to meet at "a hotel."

10.    "Dee Escobar" and the UC Profile continued to talk about arrangements to meet, but "Dee Escobar" asked "You ain't no set type of Shit are you?  I'm just asking cause I haven't talked to you not one time."  The UC Profile stated "Like setting you up??  No baby why would I do that?"  "Dee Escobar" then told the UC Profile "Ok call me."  Utilizing a female officer, a call was then placed to "Dee Escobar" at the number he provided, 479-XXX-9295.  This phone number was also used in a backpage.com ad posted August 28, 2015, for a person calling herself "Nina," which contains a photo appearing to be the same photo sent by Dee Escobar to the UC profile of the 17 year old female, Jane Doe.

11.    On August 28, 2015, at approximately 6:30pm, DARNELL JAMES WINSTON, a person claiming to be Deshaun Winston, and a female identified as Jane Doe arrived in a Red Ford Explorer at the Quality Inn in Alma, Arkansas, as had been agreed.  WINSTON was confirmed to be the same person as depicted in the "Dee Escobar" Facebook profile.  WINSTON

was then arrested on suspicion of violating Title 18 U.S.C. § 2422(b), Attempted Coercion and Enticement. Law enforcement observed a firearm in the front passenger floorboard, which was recovered. Jane Doe was confirmed by officers to be a 17 year old female.

12.    Law enforcement interviewed Jane Doe. During the interview she denied that she had been working as a prostitute for WINSTON. However, she did state that her working as a prostitute for WINSTON had been discussed. Jane Doe claimed that she was not going to engage in prostitution with the purported male giving a ride, but that the 16 year old UC Profile was going to. Jane Doe also stated that after the act of prostitution by the purported 16 year old in Alma, Arkansas, with the male that gave a ride, the plan was to take her back to Fayetteville where she would work as a prostitute.

### CONCLUSION

WHEREFORE, I believe that in light of the information contained herein, there is probable cause to believe that on or between August 27 and 28, 2015, DARNELL JAMES WINSTON committed the offense of Attempted Coercion and Enticement in violation of Title 18 U.S.C. § 2422(b).

_____
FBI Special Agent Robert F. Allen

Sworn to before me, and subscribed in my presence on this 29th day of August 2015.

_____
Hon. Mark E. Ford
United States Magistrate Judge