US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SEP 16 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2: 15 CR 20020-001 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 1591(a)(1) & (b)(2) |
| DARNELL JAMES WINSTON | ) | |

## UNSEALED INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or between August 27, 2015 and August 28, 2015, in the Western District of Arkansas, Fort Smith Division, the Defendant, DARNELL JAMES WINSTON, did knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of eighteen (18) years, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense, by using the mail or any facility or means of interstate or foreign commerce, namely the internet, in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about August 28, 2015, in the Western District of Arkansas, Fort Smith Division, the Defendant, DARNELL JAMES WINSTON, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means in and affecting interstate commerce, "Jane Doe," a minor, knowing and in reckless disregard of the fact that "Jane Doe" had not attained the age of 18 years and that "Jane Doe" would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

1

FORFEITURE ALLEGATION

18 U.S.C. § 2428

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2.      Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the Defendant, DARNELL JAMES WINSTON, shall forfeit to the United States of America:

    a.  any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense, including a Samsung SM-G386T1 (serial number: D5913111); and

    b.  any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3.      If any of the property described above, as a result of any act or omission of the Defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2

2461(c).

18 U.S.C. § 1594(d)

1.    The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2.    Pursuant to Title 18, United States Code, Section 1594, upon conviction of an offense in violation of Title 18, United States Code, Section 1591, the Defendant, DARNELL JAMES WINSTON, shall forfeit to the United States of America:

    a.    any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

    b.    any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following: a Samsung SM-G386T1 (serial number: D5913111).

3.    If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By:

Aaron Jennen
Assistant U. S. Attorney
Arkansas Bar No. 2004156
414 Parker Avenue
Fort Smith, AR   72901
479-783-5125
E-mail: Aaron.Jennen@usdoj.gov

4